UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES PAYDEN SEWELL,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

    Defendant.

_____/

Case No. 1:22-CV-04258-JPB-RDC

## STIPULATION TO ARBITRATE AND STAY ACTION

Plaintiff James Payden Sewell ("Plaintiff") and defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on October 26, 2022;

WHEREAS, Plaintiff's American Express card account is governed by Plaintiff's American Express Cardmember Agreement (the "CMA"), which contains an arbitration provision, mandating arbitration of disputes between them;

WHEREAS, Plaintiff and American Express agree to submit all claims between them to binding individual arbitration pursuant to the terms of the operative arbitration provision in the CMA; and

WHEREAS, Plaintiff and American Express request a stay of all proceedings and deadlines in this action as to American Express only pending the

conclusion of arbitration. This request for stay does not apply any other defendants in this action.

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and American Express that: (1) all claims between Plaintiff and American Express shall be submitted to binding individual arbitration pursuant to the terms of the operative arbitration provision in the CMA; (2) the arbitration will proceed pursuant to the terms of that arbitration provision; (3) Plaintiff is responsible for filing the arbitration; and (4) all proceedings and deadlines in this matter as to American Express only are stayed pending the conclusion of arbitration.

Dated: March 22, 2023      STANTON LAW LLC

By: _/s/ Alex M. Barfield_
Alex M. Barfield

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK, erroneously sued as American Express Company

Dated: March 22, 2023      CREDIT REPAIR LAWYERS OF AMERICA

By: _/s/ Lawrence A. Silverman_
Lawrence A. Silverman

Attorneys for Plaintiff
JAMES PAYDEN SEWELL

Dated: _____, 2023         **SO ORDERED:**

 

_____
HON. J. P. BOULEE
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JAMES PAYDEN SEWELL,　　　　　　　　Case No. 1:22-CV-04258-JPB-RDC

　　　　Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

　　　　Defendant.

_____/

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **STIPULATION TO ARBITRATE AND STAY ACTION** upon Plaintiff via the Court's CM/ECF System.

This 20th day of March, 2023,

　　　　　　　　　　　　　　　　　　　/s/ *Alex M. Barfield*
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 037147