UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES PAYDEN SEWELL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-CV-04258-JPB |

## ORDER

On March 22, 2023, the parties filed a Stipulation to Arbitrate and Stay Action [Doc. 15].  The stipulation is **APPROVED**.  **IT IS HEREBY ORDERED** that this matter is stayed pending the conclusion of arbitration.

For docket management purposes, the Clerk is **DIRECTED** to administratively close this case.  The parties are instructed to notify the Court within seven days following the conclusion of the arbitration so that the case can be reopened.

**SO ORDERED** this 23rd day of March, 2023.

J. P. BOULEE
United States District Judge